# United States Court of Appeals for the Federal Circuit

November 12, 2019

**ERRATA**

Appeal Nos. 2018-2082, 2018-2083, 2018-2084

**BEDGEAR, LLC,**
*Appellant*

**v.**

**FREDMAN BROS. FURNITURE COMPANY, INC.,**
*Appellee*

Decided:  November 7, 2019
Nonprecedential Opinion

Please make the following change:

On page 10, lines 3–4, replace "PTO Director/Under-Secretary of Commerce" with "Secretary of Commerce."